IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| CAREY D. EBERT,<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD MILLER APPEL et al.,<br><br>    Defendants. | § § § § § § § § § § § § | Civil Action No. 4:15-cv-225-O |

## ORDER

Having independently reviewed the docket in this matter, the Court notes that Defendant Michael Gustin ("Gustin") is represented by counsel whose offices are located in Houston, Texas. Under the local rules of this Court,

> [L]ocal counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district. "Local counsel" means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending.

N.D. Tex. L. R. 83.10(a). Further, attorneys who would like to proceed without local counsel must obtain leave of court. *Id.*

Based on the requirements of Local Rule 83.10(a), Gustin must retain local counsel that resides or maintains a principal office within 50 miles of this division or move for leave to proceed without local counsel. It is therefore **ORDERED** that Gustin shall file a motion for leave to proceed without local counsel on or before **September 11, 2015**, or retain local counsel who shall file an appearance in this case on or before **September 11, 2015**.

**SO ORDERED** on this **4th day** of **September, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE