**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **CAREY D. EBERT** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Civil Action NO.: 4:15-cv-225-0** |
| § | |
| **HOWARD MILLER APPEL, et al.,** § | |
| § | |
| **Defendants** § | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Carey D. Ebert, through undersigned counsel, hereby gives notice that all claims asserted in the above-captioned action against the following specific Defendants, Bellecrest Advisors, LLC and Virginia Dadey are voluntarily dismissed, without prejudice, as they have neither filed or served an answer or motion for summary judgment herein. Plaintiff's claims against the other defendants named herein are not dismissed in any way.

August 31, 2016.

Respectfully submitted,

/s/ J. E. Cullens, Jr.
_____

J. E. Cullens, Jr. (admitted *pro hac vice*)
Jennifer Wise Moroux (admitted *pro hac vice)*
**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
(225) 236-3636
cullens@lawbr.net

1

/s/  John C. Anderson
_____
John C. Anderson (admitted *pro hac vice*)
**ANDERSON LAW FIRM**
Post Office Box 82982
Baton Rouge, LA 70884
(225) 252-1645
jca@andersonfirm.net

/s/ Robin E. Phelan
_____
Robin E. Phelan
**HAYNES BOONE, LLC**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5000
Robin.Phelan@haynesboone.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) was served on all counsel of record herein via the Court's electronic notification system on this 31st day of August, 2015.

/s/ J. E. Cullens, Jr.
_____
J. E. Cullens, Jr.

2