

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAREY D. EBERT, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No.: 4:15-cv-225-0 |
| MICHAEL GUSTIN, ET AL., | § § § | |
| Defendants. | § | |

## ORDER ON DEFENDANTS MIKE GUSTIN, JEFFREY WOHLER, AND JOHN PAUL DEJORIA'S FIRST AMENDED OBJECTIONS TO PLAINTIFF'S PROPOSED DEPOSITION EXCERPTS TO WOHLER DEPOSITION AND CONDITIONAL SUPPLEMENTAL DEPOSITION DESIGNATIONS

The Court has considered Defendants John Paul DeJoria, Michael Gustin, and Jeffrey Wohler (the "DGW Defendants") first amended objections to the deposition designations of Jeff Wohler proposed by Plaintiff Carey D. Ebert, as the Chapter 11 trustee of the Latitude Solutions Inc. bankruptcy estate (the "Trustee") and has determined that the objections should be GRANTED or DENIED as indicated below:

| Excerpt | Basis for Objection | Granted | Denied |
|---|---|---|---|
| 53:14-19 | Improper reference to attorney objection; argumentative | X | |
| 57:11-23 | 402 403 404 | | X |
| 66:22-23 | 402 602 | | X |
| 67:14-16 | 402 602 | | X |
| 67:20-68:1 | 402 602 | | X |
| 68:25-69:4 | 402 403 404 | | X |
| 69:9-17 | 402 403 404 602 | X | |
| 74:9-14 | 402 403 404 | | X |

| Excerpt | Basis for Objection | Granted | Denied |
|---|---|---|---|
| 85:10-87:10 | 402 403 404 602 |  | X |
| 87:14-21 | 402 403 404 |  | X |
| 88:12-22 | 402 403 602 |  | X |
| 89:1-3 | 402 403 Improper reference to attorney client privilege | X |  |
| 90:9-14 | 402 403 404 | X | ~~X~~ |
| 92:12-93:16 | 402 403 404 | X |  |
| 94:3-95:15 | 402 403 404 |  | X |
| 96:12-97:24 | 402 403 404 |  | X |
| 99:2 – 100:5 | 402 403 404 |  | X |
| 100:6-10 | 402 403 404 |  | X |
| 102:17-105:9 | 402 403 404 |  | X |
| 107:14-23 | 402 403 404 |  | X |
| 107:24-108:2 | 402 403 404 |  | X |
| 108:19-110:14 | 402 403 404 |  | X |
| 119:6-14 | 402 403 404 |  | X |
| 119:16-121:16 | 402 403 404 |  | X |
| 127:8-14 | 402 403 404 Vague |  | X |
| 128:1-13 | 402 403 404 Vague |  | X |
| 129:6-21 | 402 403 404 |  | X |
| 129:23-130:-:1720 | 402 403 404 |  | X |
| 131:17-133:10 | 402 403 404 |  | X |
| 146:23-147:18 | LIM |  | X |
| 154:3-157:14 | 402 403 404 |  | X |
| 158:3-6 | Objection to underlying document |  | X |
| 158:22-159:22 | 402 403 404 |  | X |
| 160:2-17 | 402 403 404 |  | X |
| 161:1-21 | 402 403 404 |  | X |

2

| Excerpt | Basis for Objection | Granted | Denied |
|---|---|---|---|
| 162:22-166:16 | 402 403 404 | | X |
| 166:17-20 | 602 misstates facts | | X |
| 171:22-171:21 | 402 403 404 | | X |
| 172:22-173: | 402 403 404 | X | |
| 173:17:23 | 402 403 404 | | X |
| 180:23-181:13 | 402 403 404 | | X |
| 181:14-182:16 | 402 403 404 | | X |
| 205:5-6 | 402 403 404 | X | |
| 205:19-207:11 | 402 403 404 | X | |
| 207:15-208:10 | 402 403 404 | X | |
| 208:12-209:17 | 402 403 404 | X | |
| 209:19-209:24 | 402 403 404 | X | |
| 210:11-212:1 | 402 403 404 | X | |
| 214:1 – 21 | 402 403 404 | X | |
| 214:23-25 | 402 403 404 | X | |
| 218:20-219:1 | 402 403 404 | X | |
| 219:15 | 402 403 404 | X | |
| 219:16-23 | 402 403 404 | X | |
| 224:4-6 | 402 403 404 | | X |
| 224:18-225-7 | 402 403 404 802 | | X |
| 226:22-227:8 | 802 | | X |
| 229:8-15 | 802 | | X |
| 230:13-20 | LIM | | X |
| 233:2-5 | 402 403 404 | | X |
| 233:20-25 | LIM | | X |

In addition, if the Trustee plays deposition excepts from Mr. Wohler, Defendants conditional offer of the following deposition excerpts will also be played without objection:

| |
|---|
| 74:15-75:2 |
| 75:25-76:5 |
| 76:9-17 |
| 105:10-17 |
| 111:23-113:15 |
| 115:20-116:11 |
| 141:2-14 |
| 167:7-168:14 |
| 169:21-170:11 |
| 184:25-185:4 |
| 185:22-186:3 |
| 187:2-189:3 |
| 225:8-10 |
| 229:13-15 |
| 229:21-22 |

SO ORDERED on this 10th day of July 2017

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

4