IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CAREY D. EBERT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-00225-O |
| | § | |
| **MICHAEL GUSTIN et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

During trial, on July 13, 2017, Plaintiff Carey D. Ebert moved the Court to dismiss all of her claims against Defendants Harvey Klebanoff (a/k/a Kaye), Michael Gustin, Jeffrey Wohler, and RMS Advisors, Inc., Capital Growth Realty, Inc., Capital Growth Investment Trust, DIT Equity Holdings, FEQ Realty, LLC, Discretionary Investment Trust, KWL Exploration and Development, Inc., Moggle Investors, LLC, Wiltomo Redemption Foundation and SST Advisors. *See* Min. Entry, ECF No. 283.

Accordingly, it is **ORDERED** that all claims against the following Defendants are hereby **DISMISSED**:

- Harvey Klebanoff (a/k/a Kaye)
- Michael Gustin
- Jeffrey Wohler
- RMS Advisors, Inc.
- Capital Growth Realty, Inc.
- Capital Growth Investment Trust
- DIT Equity Holdings
- FEQ Realty, LLC
- Discretionary Investment Trust
- KWL Exploration and Development, Inc.

- Moggle Investors, LLC
- Wiltomo Redemption Foundation
- SST Advisors

**SO ORDERED** on this **17th day** of **July, 2017.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**