4:15-cv-225-O

Jury Note #1

Can we see the report from Manz?

7/14/17

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 14 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy