IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAREY D. EBERT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.:4:15-cv-225-O |
| | § | |
| HOWARD MILLER APPEL, et al. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

Notice is hereby given that John Paul DeJoria, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from: (i) the Final Judgment entered in this action on March 7, 2018 [Docket No. 332]; (ii) the Order dated January 22, 2018 [Docket No. 320]; and (iii) the Order dated March 7, 2018 [Docket No. 331].

Respectfully submitted,

MCGUIREWOODS LLP

*/s/ Thomas M. Farrell*
Thomas M. Farrell
State Bar No. 06839250
tfarrell@mcguirewoods.com
Charles B. Hampton
State Bar No. 00793890
champton@mcguirewoods.com
K. Knox "Lighthorse" Nunnally
State Bar No. 24063995
knunnally@mcguirewoods.com
600 Travis St., Suite 7500
Houston, Texas 77002
(713) 571-9191
(713) 571-9652 (Fax)

COUNSEL FOR DEFENDANT
JOHN PAUL DEJORIA

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record on this 27th day of March, 2018, via the Court's ECF filing system.

*/s/ Thomas M. Farrell*
Thomas M. Farrell

100404590_1