IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CAREY D. EBERT** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No.: 4:15-cv-225-O |
| | § | |
| **MICHAEL GUSTIN, et al.,** | § | |
| | § | |
| **Defendants** | § | |

## NOTICE OF APPEAL

Notice is hereby given that Separate Defendants, Matthew J. Cohen, Howard Miller Appel and Ernest A. Bartlett, III, Separate Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from: (I) the Final Judgment entered in this action on March 7, 2018 [Dkt. No. 332]; (ii) the Order dated January 22, 2018 [Dkt. No. 320]; and (iii) the Order dated March 7, 2018 [Dkt. No. 331.].

                                                  Respectfully submitted,

                                 By:    /s/ Kenneth R. Shemin
                                               Kenneth R. Shemin
                                               AR Bar No. 78138

                                               SHEMIN LAW FIRM, PLLC
                                               5100 W J.B. Hunt Drive
                                               Suite 1010
                                               Rogers, AR 72758
                                               Telephone: (479) 845-3305
                                               Facsimile: (479) 845-2198
                                               Ken@sheminfirm.com (Email)
                                               (Admission *Pro Hac Vice)*

                                               and

Mark B. French  
LAW OF MARK B. FRENCH  
1901 Central Drive  
Suite 704  
Bedford, TX 76021  
Telephone: (817) 268-0505  
Facsimile: (817) 796-1396  
Mark@markfrenchlaw.com (Email)

Counsel for Howard Appel,  
Ernest A. Bartlett and Matthew Cohen

## CERTIFICATE OF SERVICE

I, Kenneth R. Shemin, do hereby certify that a copy of the foregoing was served on all counsel of record herein via electronic mail on this 27th day of March, 2018.

/s/ Kenneth R. Shemin  
Kenneth R. Shemin