IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CAREY D. EBERT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:15-cv-00225-O |
| | § | |
| **HOWARD MILLER APPEL, et al.,** | § | |
| | § | |
| Defendants | § | |

# ORDER

Before the Court is Defendant John Paul DeJoria's ("DeJoria") Unopposed Motion to Authorize Cash Deposit and to Confirm Stay Pending Appeal (ECF No. 366), filed May 10, 2018. The Court, having considered the motion, finds that it should be and is hereby **GRANTED**.

The clerk of the court is hereby **DIRECTED** to accept into the registry a cash deposit by DeJoria in the amount of $11,280,250. Upon the making of that deposit, the Final Judgment against John Paul DeJoria signed on March 7, 2018, will be **STAYED** pending the outcome of DeJoria's appeal to the United States Court of Appeals for the Fifth Circuit.

**SO ORDERED** on this **11th day** of **May, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1