IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAREY D. EBERT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:15-cv-225-O |
| | § | |
| HOWARD MILLER APPEL, et al., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF CASH DEPOSIT

Please take notice that, as authorized by the Court's Order dated May 11, 2018 (ECF No. 367), John Paul DeJoria has this day deposited $11,280,250.00 into the registry of the court to secure a stay pending appeal of the Final Judgment signed on March 7, 2018.

Dated: May 14, 2018.

        Respectfully submitted,

        MCGUIREWOODS LLP

        */s/ Thomas M. Farrell*
        Thomas M. Farrell
        State Bar No. 06839250
        tfarrell@mcguirewoods.com
        Charles B. Hampton
        State Bar No. 00793890
        champton@mcguirewoods.com
        K. Knox "Lighthorse" Nunnally
        State Bar No. 24063995
        knunnally@mcguirewoods.com
        600 Travis St., Suite 7500
        Houston, TX 77002
        (713) 571-9191
        (713) 571-9652 (Fax)

        COUNSEL FOR JOHN PAUL DEJORIA

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was served on all counsel of record on this 14th day of May, 2018, via the Court's ECF filing system.

               */s/ Thomas M. Farrell*
               Thomas M. Farrell

102407664_1

# Payment Details Report

**Bank of America Merrill Lynch**

**Company:** McGuire Woods LLP
**Requester:** name, Julia
**Run Date:** 05/14/2018 12:23:07 PM CDT

## Domestic High Value (Wire)
**Payment Category:** Urgent/Wire

**Status:** Confirmed by Bank
**Transaction Number:** 185EC42100RZ0W52

### Debit Account Information

**Debit Bank:** 111000025
**Debit Account:** 488033883065
**Debit Account Name:** Texas IOLTA Trust Account
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** US District Courts Northern Texas
**Beneficiary Address:** na
**Beneficiary City:** na
**Beneficiary Postal Code:**
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** 00004677
**Beneficiary Bank ID:** 021030004
US DEPARTMENT OF THE TREASURY
33 LIBERTY ST
NEW YORK CITY
US - United States of America

**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 11,280,250.00

**Value Date:** 05/14/2018

### Optional Information

**Sender's Reference Number:** 185EC42100RZ0W52

**Beneficiary Information:** Deposit in Court Registry in Lieu of Supersedeas Bond, For John Paul DeJoria, ABA Short Name: TREAS NYC Type/Subtype1000,No 4:15-cv-00225.O

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** ja509053
**Modified:** ja509053
**Approved:** pm116311
**Initial Confirmation:** WTX:2018051400346201
**Confirmation #:** FEDR:20180514B6B7HU4R009094

**Input Time:** 05/14/2018 11:57:14 AM CDT
**Time:** 05/14/2018 12:02:00 PM CDT
**Time:** 05/14/2018 12:16:22 PM CDT